FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 29, 2015

Brooks Barfield Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308
* DELIVERED VIA E-MAIL *

Scott Brumley
Potter County Attorney's Office
500 S Fillmore St., Room 301
Amarillo, TX 79101-2437
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-15-00205-CR, 07-15-00206-CR, 07-15-00207-CR
Trial Court Case Number: 141066, 141094, 141118

**Style:** Daniel Lee Ainsworth v.
The State of Texas

Dear Counsel:

The following was filed in the captioned appeal as of Friday, May 29, 2015:

Clerk's Record (1 volume)

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable W. F. (Corky) Roberts (DELIVERED VIA E-MAIL)
Julie Smith (DELIVERED VIA E-MAIL)
Dedra Morgan (DELIVERED VIA E-MAIL)